No. 71–1374.  GELLIS *v.* CITY OF SAVANNAH, GEORGIA, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 71–1414.  BEAUDRY *v.* WISCONSIN.  Sup. Ct. Wis. Certiorari denied.

No. 71–1448.  ENSO-GUTZEIT O/Y ET AL. *v.* SIDEREWICZ. C. A. 2d Cir.  Certiorari denied.

No. 71–5370.  HALL *v.* FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 71–6035.  FUSARO *v.* CALIFORNIA.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 71–6071.  PAYNE *v.* CRAVEN, WARDEN.  Sup. Ct. Cal.  Certiorari denied.

No. 71–6251.  CANNITO ET AL. *v.* WOLFF, WARDEN. C. A. 8th Cir.  Certiorari denied.

No. 71–6258.  FARESE *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 71–6285.  AVENDANO *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 71–6291.  CHILDS *v.* CARDWELL, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 71–6336.  ROBINSON *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 71–6426.  DeBRUHL *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.